FILED'09 JUL 16 12:42 USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| GREGORY J. BROWN, | Civil No. 1:08-CV-650-CL |
| Plaintiff, | |
| vs. | ORDER FOR ATTORNEY FEES |
| MICHAEL J. ASTRUE, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7,417.09 are awarded to Plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. There are no costs and expenses to be paid by Defendant herein.

DATED this 16 day of July, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ DAPHNE BANAY
Special Assistant United States Attorney
(206) 615-2113
of Attorneys for Defendant

ORDER - [1:08-CV-650-CL]